Date of Arrest: 12/15

# UNITED STATES DISTRICT COURT
District of Arizona

UNITED STATES OF AMERICA,
Vs.

Aziz SHARIFOV
AKA: None Known
Uzbekistan
YOB: 1992
221181578
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 25-02200MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

That on or about December 15, 2025, near San Luis, Arizona in the District of Arizona, Defendant Aziz SHARIFOV, an alien, did knowingly and voluntarily enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*John Ballos*   for Loui Uhl

*Kathy Martinez*
Signature of Complainant
Victor Martinez Bejarano
Border Patrol Agent

Sworn to before me and subscribed telephonically,

December 16, 2025                                         at         Yuma, Arizona
Date                                                                              City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                                     Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Aziz SHARIFOV

Dependents: None

IMMIGRATION HISTORY: The Defendant is an illegal alien.

CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION | SENTENCE |
|------|----------|---------|-------------|----------|
| N/A | N/A | N/A | N/A | N/A |

Narrative: The Defendant, a citizen of Uzbekistan and illegally within the United States, was encountered by Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Uzbekistan and illegally in the United States.

The Defendant was transported to the Yuma Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on December 15, 2025.

Border Patrol Agents advised the Defendant of their Miranda Rights. The Defendant understood those rights as they were explained to them and chose to waive their rights. During the interview, the Defendant stated that their intention after entering the United States was to travel to Ohio.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs J. Saldana Jr, M. Vinci, and J. Lara.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA N. Valenzuela.

Charges:

| 8 USC 1325(a)(1) | M |
|------------------|---|

*Kathy Martinez*
Signature of Complainant

Sworn to before me and subscribed telephonically,

December 16, 2025
Date

Signature of Judicial Officer